# UNITED STATES DISTRICT COURT
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at* www.azd.uscourts.gov

**DEBRA LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 26, 2013

```
Clerk of Court
United States Courthouse (Annex)
333 West Broadway, Suite 420
San Diego, CA 92101


Re:   USA vs SERAFIN ZAMBADA-ORTIZ
      Our Magistrate Case No. 4:13-12639M
      Your Case No. 13-CR-3575-DMS



Dear Clerk of Court:

In connection with the above-entitled Removal Proceedings,  enclosed
herewith are the following:
          (1)   Copy of the Docket Sheet
          (2)   Copy of Warrant for Arrest Paperwork
          (3)   Copy of Minute Entry of 11/25/2013
          (4)   Copy of Waiver of Rule 40 Hearings
          (5)   Certified copy Commitment to Another District


Please acknowledge receipt on the copy of this letter and return to
our Tucson office for filing.

BRIAN D. KARTH, CLERK

By: s/Johnnie Kaye Montgomery
    Deputy Clerk
```

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*